UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICON DESERT LOGISTICS, et al., | No. 5:20-cv-02225 CAS (JCx) |
| Plaintiff, | Hon. Christina A. Snyder |
| vs. | |
| CITY OF BLYTHE, et al., | **JUDGMENT** |
| Defendants. | |

On April 18, 2022, the Court granted defendants' motion for summary judgment as to plaintiffs' Fourth Amendment claim on qualified immunity grounds and granted defendants' motion for summary judgment as to plaintiffs' state law trespass claim. (Dkt. No. 84). All other claims have been dismissed.

**GOOD CAUSE APPEARING**, JUDGMENT is entered in favor of defendants City of Blythe, County of Riverside, Officer Rudy Moreno, and Deputy Devin Hedge, and against plaintiffs Icon Desert Logistics and Thomas Lawson.

DATED: May 26, 2022

Hon. Christina A. Snyder
United States District Court Judge

1

JUDGMENT